NUMBER 13-05-763-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


__________________________________________________________________


STEPHEN PENA, Appellant,


v.



THE STATE OF TEXAS, Appellee.

__________________________________________________________________


On appeal from the County Court


of Wharton County, Texas.


___________________________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Rodriguez and Garza


Memorandum Opinion Per Curiam



 Appellant, STEPHEN PENA, perfected an appeal from a judgment entered by the 
County Court of Wharton County, Texas, in cause number 51724. Appellant has filed
a motion to dismiss the appeal. The motion complies with Tex. R. App. P. 42.2(a).

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that appellant's motion to dismiss the appeal
should be granted. Appellant's motion to dismiss the appeal is granted, and the appeal
is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).


Memorandum Opinion delivered and filed this

the 3rd day of August, 2006.